[No. 14445-0-II.   Division Two.   February 2, 1993.]

MICHAEL O'LEARY, ET AL, *Appellants*, v. THE STATE
OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 88-2-01280-8, Karen B. Conoley, J., entered
October 19, 1990. *Affirmed* by unpublished opinion per Sein-
feld, A.C.J., concurred in by Petrich and Morgan, JJ.

[No. 14522-7-II.   Division Two.   February 2, 1993.]

THE CITY OF GIG HARBOR, *Respondent*, v. JON EMERY
EBERT, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 90-1-02145-1, Waldo F. Stone, J., entered Novem-
ber 30, 1990. *Affirmed* by unpublished opinion per Seinfeld,
J., concurred in by Alexander, C.J., and Morgan, J.

[No. 14589-8-II.   Division Two.   February 2, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM H.
CARLSON, *Appellant*.

Appeal from a judgment of the Superior Court for Thur-
ston County, No. 90-1-00275-0, Robert J. Doran, J., entered
November 28, 1990. *Affirmed* by unpublished opinion per
Green, J. Pro Tem., concurred in by Alexander, C.J., and
Swanson, J. Pro Tem.